UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN LEAVEY,                                   Case No. 09-11288

       Plaintiff,                              SENIOR UNITED STATES DISTRICT
                                               JUDGE
v.                                                 ARTHUR J. TARNOW

CITY OF DETROIT, ET AL.,

       Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on June 23, 2010,

IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

Dated at Detroit, Michigan, this 24th_____ day of   June   , 2010.


                          DAVID J. WEAVER
                          CLERK OF THE COURT


                          BY: S/Lisa M. Ware
            Deputy Clerk

Approved:

S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE